People v Bohn (2025 NY Slip Op 04102)

People v Bohn

2025 NY Slip Op 04102

Decided on July 9, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on July 9, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

FRANCESCA E. CONNOLLY, J.P.
VALERIE BRATHWAITE NELSON
ROBERT J. MILLER
BARRY E. WARHIT, JJ.

2014-04352
 (Ind. No. 1830/12)

[*1]The People of the State of New York, respondent,
v
Jason Bohn, appellant.

Jason Bohn, Dannemora, NY, appellant pro se.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill and Christopher J. Blira-Koessler of counsel), for respondent.

DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated October 6, 2021 (People v Bohn, 198 AD3d 669), affirming a judgment of the Supreme Court, Queens County, rendered April 15, 2014.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
CONNOLLY, J.P., BRATHWAITE NELSON, MILLER and WARHIT, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court